# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

MARK MATHIS,

Appellant,

v.

BOARD OF TRUSTEES OF THE CITY OF PLANT CITY
SAFETY EMPLOYEES' RETIREMENT SYSTEM,

Appellee.

No. 2D2025-0038

—————————————————

January 28, 2026

Appeal from the Circuit Court for Hillsborough County; James S. Moody, III, Judge.

T.A. (Tad) Delegal, III, James C. Poindexter, and Alexandra E. Underkofler of Delegal, Poindexter and Underkofler, P.A., Jacksonville, for Appellant.

Stuart A. Kaufman, Robert D. Klausner, and Blanca T. Greenwood of Klausner Kaufman Jensen & Levinson, P.A., Plantation, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.